IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | : | Civil Action Nos. | 18-CV-2201 |
| THOMAS PICOZZI, | : | | 18-CV-2235 |
| Plaintiff | : | | 18-CV-2238 |
| | : | | 18-CV-2239 |
| | : | | 18-CV-2277 |
| | : | | 18-CV-2324 |
| | : | | 18-CV-2327 |

## ORDER

AND NOW, this 8th day of June 2018, upon considering Thomas Picozzi's Motions to proceed *in forma pauperis* and complaints in the above seven civil actions and for reasons in the accompanying memorandum, it is **ORDERED**:

1. Mr. Picozzi is **GRANTED** leave to proceed *in forma pauperis* in the above seven cases.

2. Mr. Picozzi's Complaints in the above seven cases are **DISMISSED** and he may not file amended complaints in these seven cases. We **DISMISS his claims with prejudice** except: state law claims in Nos. 18-2235, 18-2327 dismissed for lack of subject matter jurisdiction; or, a federal claim for malicious prosecution in No. 18-2277 under *Heck v. Humphrey*, 512 U.S. 477, 486-87 (1994), which are **DISMISSED without prejudice** to refiling his claims in state court or after his convictions are invalidated.

3. On or before **June 18, 2018,** Mr. Picozzi shall **show cause** in a memorandum not exceeding fifteen pages as to why we should not require any future civil non-*habeas* cases which he seeks to pursue in this Court to be subject to our pre-filing review before granting the privilege of proceeding *in forma pauperis*. His show cause memorandum should be entitled "Response to Show Cause Order" and filed under Docket No. 18-2201. Absent his filing of a

timely Response to Show Cause Order, we may enjoin Mr. Picozzi's future *in forma pauperis* filings in this Court without further notice.

    4.    The Clerk of Court shall **CLOSE** each of the above seven cases.

*/s/ Mark C. Kearney*
**KEARNEY, J.**